**\*\*\*Memorandum-Endorsed Order on Next Page\*\*\***

**ROBERT YU\***
Managing Member
Email Address: Ryu@RobertYuLLC.com

June 25, 2026

**VIA EFIING ONLY**

**Honorable Philip Bentley**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      **Re:**    **In re 303 Highline Corp.**
              **Case Number: 24-11409**
              **STATUS OF OBTAINING SBA APPROVAL FOR THE ALTERNATIVE**
              **SETTLEMENT PROPOSAL**

Dear Judge Bentley:

      I am counsel to Metro City Bank ("Metro City"), a creditor in the above-referenced Chapter 11 Bankruptcy Case.

      As Your Honor may recall, the SBA had rejected the initial settlement offer that had been proffered by the Debtor.  Therefore, the Debtor and Metro City reached an alternative agreement in principle with a third-party to take a limited assignment of Metro City Bank's claim asserted in this case, limited to Metro City's prospective distribution under the Plan on account of its general unsecured claim along with corresponding plan voting rights  (the "Proposed Claim Assignment"), the consummation of which is subject to the approval of the U.S. Small Business Administration (the "SBA").

      We are still patiently waiting for the SBA's decision on the alternative settlement arrangement tentatively agreed to by the parties and therefore need additional time.  With consent from Mr. Zabicki, Esq., we hereby respectfully one last continuance of the stay and adjournment of the June 30, 2026 hearing.

      If you have any questions or require additional information, please do not hesitate to contact me.   Thank you in advance for your immediate attention to this matter. As always, I remain,

**ROBERT YU LLC**

June 25, 2026
Page 2

Respectfully yours,

/s/ Robert Yu

ROBERT YU

**\*\*\*Memorandum-Endorsed Order\*\*\***

At the parties' request, the hearings on Confirmation of the Debtor's First Amended Plan of Reorganization [ECF No. 155] and the Debtor's Motion to Designate the Vote of Metro City Bank [ECF No. 169] are hereby adjourned to July 30, 2026 at 10 a.m., and the existing stay of all matters and disputes relating to Confirmation and/or the Designation Motion is continued to that date.

SO ORDERED

Dated: New York, New York
        June 29, 2026

/s/ *Philip Bentley*

Hon. Philip Bentley
U.S. Bankruptcy Judge